PER CURIAM.
Affirmed. Robert C. Herd & Co. v. Krawill Machinery Corp., 359 U.S. 297, 79 S.Ct. 766, 3 L.Ed.2d 820 (1959); Certain Underwriters at Lloyds’ v. Barber Blue Sea Line, 675 F.2d 266 (11th Cir.1982); J.B. Effenson Co. v. Three Bays Corp., 238 F.2d 611 (5th Cir.1956); Arrow Beef Corp. v. South Atlantic & Caribbean Lines, Inc., 280 So.2d 43 (Fla. 3d DCA 1973); Coquette Originals, Inc. v. Canadian Gulf Line of Florida, 240 So.2d 847 (Fla. 3d DCA 1970); Foresman v. Eastern Steamship Corp., 177 So.2d 887 (Fla. 3d DCA 1965).